UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | No. 14cr178(3) |
| | : | |
| vs. | : | Judge Jones |
| | : | |
| HUNG DANH | : | |
| Defendant | | |

## MOTION TO WITHDRAW PLEA

Now, this 13th day of August, 2015, the Defendant in the above-captioned case, in open court, moves this court to be permitted to withdraw my plea of not guilty and to enter a plea of guilty to Counts __1__ of the Indictment/Superceding Indictment.

x _____
Hung Danh

## ORDER

AND NOW, this 13th day of August, 2015, the motion is granted.

s/John E. Jones III
_____
John E. Jones III
United States District Judge

## GUILTY PLEA

NOW, this 13th day of August 2015, the defendant in open court enters a plea of guilty to counts __1__ of the Indictment.

x _____
Hung Danh